1 | PHILLIP A. TALBERT
United States Attorney
2 | R. Alexander Cárdenas
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

**FILED**

Aug 26, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br>1 LARRY LANE, SHINGLETOWN, CA AND THE PUBLIC LANDS IN THE VICINITY OF GEO-COORDINATES 40.47405, -121.92167 IN SHASTA COUNTY, CA. EASTERN DISTRICT OF CALIFORNIA | CASE NO. 3:24-sw-00015-DMC<br><br>DESTRUCTION ORDER |

**DESTRUCTION ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all bulk marijuana seized under the authorization of this search warrant be destroyed and disposed of in accordance with Bureau policy.

Dated: 26 August 2024

Hon. Dennis M. Cota
U.S. MAGISTRATE JUDGE